# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 20, 2019

## NO. 03-19-00389-CV

**William P. Hicks, Individually, and as Representative of H.W. Lochner, Inc, Appellant**

**v.**

**James L. Booker, Individually, and as Heir and Representative of the Estate of Marjorie Booker; Alisa Barth, Individually and as Heir and Representative of The Estate of Marjorie Booker; Catherine Simonsen, Individually, and as Heir and Representative of The Estate of Marjorie Booker; James E. Booker, Individually, and as Heir and Representative of The Estate of Marjorie Booker, Deceased, Appellees**

### APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY

This is an appeal from the interlocutory order signed by the trial court on May 24, 2019. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.